IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Christopher Mark Williams, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.5:14-cv-1664-MGL |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed August 10, 2015. *See* 28 U.S.C. § 2412. The Defendant filed notice that she does not object to the requested amount of attorney fees under the EAJA.

In accordance with *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, this Court directs fees be payable to the Plaintiff and delivered to Plaintiff's counsel. Accordingly,

IT IS ORDERED that the Plaintiff's motion pursuant to the EAJA is granted in the amount of $3,375.54.

s/ Mary G. Lewis
Mary G. Lewis
United States District Judge

Columbia, SC
September 2, 2015